| Statement of Earnings for | **RYAN BELL** | | | | | | **FCM Hospitality** | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | 100 | Period Begin: | 7/21/2025 | Check Date: | 8/1/2025 | 901 North Delaware Avenue |
| Clock Number: | | Location | 111 | Period End: | 7/27/2025 | Pay Type: | Hourly | Philadelphia, PA 19123 |
| Company Id: | 11691 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 | |
| | | State Filing: | | Exemptions: | | Additional Tax: | $11.00 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2993160 | $0.00 | $656.15 | $485.92 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 2.8300 | 25.56 | 72.33 | 358.67 | 1,051.90 | SOC SEC EE | 41.47 | 636.07 | | | |
| Tips | | | 583.82 | 0.00 | 8,790.16 | MED EE | 9.70 | 148.76 | | | |
| Dec. Cash Tips | | | 12.60 | 0.00 | 227.08 | FEDERAL WH | 61.05 | 1,032.78 | | | |
| Bonus | | | 0.00 | 0.00 | 190.00 | PA WH | 31.53 | 468.95 | | | |
| | | | | | | PHILADELPHIA | 25.01 | 384.51 | | | |
| | | | | | | PA SUI EE | 0.47 | 7.18 | | | |
| | | | | | | LOWER MERION | 1.00 | 12.00 | | | |
| **Total:** | | 25.56 | 668.75 | 358.67 | 10,259.14 | **Total:** | 170.23 | 2,690.25 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Sick | Accrued: | 0.6390 | Taken: | 0.00 | Balance 29.25 | Checking | Account: ####7882 | Deposit Amount: | 485.92 |

FCM Hospitality
901 North Delaware Avenue
Philadelphia, PA 19123

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/5/2025 | V2993160 |

| TOTAL NET PAY |
|---|
| ********$485.92 |

A01D 100 111
**RYAN BELL**
1928 S BEECHWOOD ST
Philadelphia, PA 19145

**NOT NEGOTIABLE**

# Employee Pay Details

FCM Hospitality

**RYAN BELL**

For Pay Period: 7/21/2025 - 7/27/2025
Pay Date: 8/5/2025

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Regular | 2.8300 | 11.85 | 33.54 | FOH | LOLA602 - LOLA'S GARDEN |
| Regular | 2.8300 | 7.63 | 21.59 | FOH | LOLA602 - LOLA'S GARDEN |
| Regular | 2.8300 | 6.08 | 17.20 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 306.91 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 57.68 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 219.23 | FOH | LOLA602 - LOLA'S GARDEN |
| | | **25.56** | **656.15** | | |

Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Dec. Cash Tips | | | 6.00 | FOH | LOLA602 - LOLA'S GARDEN |
| Dec. Cash Tips | | | 6.60 | FOH | LOLA602 - LOLA'S GARDEN |
| | | | **12.60** | | |

| Statement of Earnings | | | | For: RYAN BELL | | | | | 4/24 Hospitality 901 North Delaware Avenue Philadelphia, PA 19123 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: Clock Number: Company Id: | | 11691 | Department Location Federal Filing: State Filing: | 100 111 Single or | Period Begin: Period End: Exemptions: Exemptions: | 7/14/2025 7/20/2025 | Check Date: Pay Type: Additional Tax: Additional Tax: | 7/29/2025 Hourly $20.00 $11.00 | | |
| **Voucher Id** | | **Check Amount** | | **Gross Pay** | | **Net Pay** | | **Check Message** | | |
| V2981712 | | $0.00 | | $714.05 | | $527.41 | | | | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 2.8300 | 28.38 | 80.32 | 333.11 | 979.57 | SOC SEC EE | 45.30 | 594.60 | | | |
| Tips | | | 633.73 | 0.00 | 8,206.34 | MED EE | 10.59 | 139.06 | | | |
| Dec. Cash Tips | | | 16.60 | 0.00 | 214.48 | FEDERAL WH | 68.48 | 971.73 | | | |
| Bonus | | | 0.00 | 0.00 | 190.00 | PA WH | 33.43 | 437.42 | | | |
| | | | | | | PHILADELPHIA | 27.33 | 359.50 | | | |
| | | | | | | PA SUI EE | 0.51 | 6.71 | | | |
| | | | | | | LOWER MERION | 1.00 | 11.00 | | | |
| Total: | | 28.38 | 730.65 | 333.11 | 9,590.39 | Total: | 186.64 | 2,520.02 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Sick | Accrued: | 0.7095 | Taken: | 0.00 | Balance 28.61 | Checking | Account: ####7882 | Deposit Amount: | 527.41 |

FCM Hospitality
901 North Delaware Avenue
Philadelphia, PA 19123

A01D 100 111
**RYAN BELL**
1928 S BEECHWOOD ST
Philadelphia, PA 19145

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/29/2025 | V2981712 |

| TOTAL NET PAY |
|---|
| ********$527.41 |

**NOT NEGOTIABLE**

# Employee Pay Details

FCM Hospitality

**RYAN BELL**

For Pay Period: 7/14/2025 - 7/20/2025
Pay Date: 7/29/2025

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Regular | 2.8300 | 14.04 | 39.74 | FOH | LOLA602 - LOLA'S GARDEN |
| Regular | 2.8300 | 9.34 | 26.43 | FOH | LOLA602 - LOLA'S GARDEN |
| Regular | 2.8300 | 5.00 | 14.15 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 174.57 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 237.90 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 221.26 | FOH | LOLA602 - LOLA'S GARDEN |
| | | **28.38** | **714.05** | | |

### Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Dec. Cash Tips | | | 7.10 | FOH | LOLA602 - LOLA'S GARDEN |
| Dec. Cash Tips | | | 9.50 | FOH | LOLA602 - LOLA'S GARDEN |
| | | | **16.60** | | |

| Statement of Earnings for | **RYAN BELL** | | | | | FCM Hospitality | |
|---|---|---|---|---|---|---|---|
| Employee #: | | Department | 100 | Period Begin: | 7/7/2025 | Check Date: | 7/22/2025 |
| Clock Number: | | Location | 111 | Period End: | 7/13/2025 | Pay Type: | Hourly |
| Company Id: | 11691 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 |
| | | State Filing: | | Exemptions: | | Additional Tax: | $11.00 |

901 North Delaware Avenue
Philadelphia, PA 19123

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2971159 | $0.00 | $622.90 | $458.80 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 2.8300 | 26.72 | 75.62 | 304.73 | 899.25 | SOC SEC EE | 40.03 | 549.30 | | | |
| Bonus | | | 40.00 | 0.00 | 190.00 | MED EE | 9.37 | 128.47 | | | |
| Tips | | | 507.28 | 0.00 | 7,572.61 | FEDERAL WH | 58.28 | 903.25 | | | |
| Dec. Cash Tips | | | 22.80 | 0.00 | 197.88 | PA WH | 30.82 | 403.99 | | | |
| | | | | | | PHILADELPHIA | 24.15 | 332.17 | | | |
| | | | | | | PA SUI EE | 0.45 | 6.20 | | | |
| | | | | | | LOWER MERION | 1.00 | 10.00 | | | |
| **Total:** | | 26.72 | 645.70 | 304.73 | 8,859.74 | **Total:** | 164.10 | 2,333.38 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Sick | Accrued: | 0.6680 | Taken: | 0.00 | Balance 27.90 | Checking | Account: ####7882 | Deposit Amount: | 458.80 |

FCM Hospitality
901 North Delaware Avenue
Philadelphia, PA 19123

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/22/2025 | V2971159 |

| TOTAL NET PAY |
|---|
| ********$458.80 |

A01D 100 111
**RYAN BELL**
1928 S BEECHWOOD ST
Philadelphia, PA 19145

**NOT NEGOTIABLE**

# Employee Pay Details

FCM Hospitality

**RYAN BELL**

For Pay Period: 7/7/2025 - 7/13/2025
Pay Date: 7/22/2025

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Regular | 2.8300 | 14.20 | 40.19 | FOH | LOLA602 - LOLA'S GARDEN |
| Regular | 2.8300 | 12.52 | 35.43 | FOH | LOLA602 - LOLA'S GARDEN |
| Bonus | | | 40.00 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 216.56 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 290.72 | FOH | LOLA602 - LOLA'S GARDEN |
| | | **26.72** | **622.90** | | |

Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Dec. Cash Tips | | | 16.10 | FOH | LOLA602 - LOLA'S GARDEN |
| Dec. Cash Tips | | | 6.70 | FOH | LOLA602 - LOLA'S GARDEN |
| | | | **22.80** | | |

| Statement of Earnings for | **RYAN BELL** | | | | | | FCM Hospitality | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | 100 | Period Begin: | 6/30/2025 | Check Date: | 7/15/2025 | 901 North Delaware Avenue |
| Clock Number: | | Location | 111 | Period End: | 7/6/2025 | Pay Type: | Hourly | Philadelphia, PA 19123 |
| Company Id: | 11691 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 | |
| | | State Filing: | | Exemptions: | | Additional Tax: | $11.00 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2959713 | $0.00 | $221.03 | $156.62 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 2.8300 | 9.68 | 27.39 | 278.01 | 823.63 | SOC SEC EE | 13.82 | 509.27 | | | |
| Tips | | | 193.64 | 0.00 | 7,065.33 | MED EE | 3.23 | 119.10 | | | |
| Dec. Cash Tips | | | 1.90 | 0.00 | 175.08 | FEDERAL WH | 20.00 | 844.97 | | | |
| Bonus | | | 0.00 | 0.00 | 150.00 | PA WH | 17.84 | 373.17 | | | |
| | | | | | | PHILADELPHIA | 8.36 | 308.02 | | | |
| | | | | | | PA SUI EE | 0.16 | 5.75 | | | |
| | | | | | | LOWER MERION | 1.00 | 9.00 | | | |
| **Total:** | | 9.68 | 222.93 | 278.01 | 8,214.04 | **Total:** | 64.41 | 2,169.28 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Sick | Accrued: | 0.2420 | Taken: | 0.00 | Balance 27.24 | Checking | Account: ####7882 | Deposit Amount: | 156.62 |

FCM Hospitality
901 North Delaware Avenue
Philadelphia, PA 19123

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/15/2025 | V2959713 |

| TOTAL NET PAY |
|---|
| ********$156.62 |

A01D 100 111

**RYAN BELL**
1928 S BEECHWOOD ST
Philadelphia, PA 19145

**NOT NEGOTIABLE**

# Employee Pay Details

FCM Hospitality

**RYAN BELL**

For Pay Period: 6/30/2025 - 7/6/2025
Pay Date: 7/15/2025

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Regular | 2.8300 | 9.68 | 27.39 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 193.64 | FOH | LOLA602 - LOLA'S GARDEN |
| | | 9.68 | 221.03 | | |

## Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Dec. Cash Tips | | | 1.90 | FOH | LOLA602 - LOLA'S GARDEN |
| | | | 1.90 | | |

| Statement of Earnings for | **RYAN BELL** | | | | | **FCM Hospitality** | |
|---|---|---|---|---|---|---|---|
| Employee #: | | Department | 100 | Period Begin: 6/23/2025 | Check Date: 7/8/2025 | 901 North Delaware Avenue | |
| Clock Number: | | Location | 111 | Period End: 6/29/2025 | Pay Type: Hourly | Philadelphia, PA 19123 | |
| Company Id: | 11691 | Federal Filing: | Single or | Exemptions: | Additional Tax: $20.00 | | |
| | | State Filing: | | Exemptions: | Additional Tax: $11.00 | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2949431 | $0.00 | $394.93 | $290.39 | |

| EARNINGS | | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 2.8300 | 21.15 | 59.85 | 268.33 | 796.24 | SOC SEC EE | 25.62 | 495.45 | | | |
| Tips | | | 335.08 | 0.00 | 6,871.69 | MED EE | 5.99 | 115.87 | | | |
| Dec. Cash Tips | | | 18.20 | 0.00 | 173.18 | FEDERAL WH | 32.47 | 824.97 | | | |
| Bonus | | | 0.00 | 0.00 | 150.00 | PA WH | 23.68 | 355.33 | | | |
| | | | | | | PHILADELPHIA | 15.49 | 299.66 | | | |
| | | | | | | PA SUI EE | 0.29 | 5.59 | | | |
| | | | | | | LOWER MERION | 1.00 | 8.00 | | | |
| **Total:** | | 21.15 | 413.13 | 268.33 | 7,991.11 | **Total:** | 104.54 | 2,104.87 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Hourly Sick | Accrued: | 0.5288 | Taken: | 0.00 | Balance 26.99 | Checking | Account: ####7882 | Deposit Amount: 290.39 |

FCM Hospitality
901 North Delaware Avenue
Philadelphia, PA 19123

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/8/2025 | V2949431 |

| TOTAL NET PAY |
|---|
| ********$290.39 |

A01D 100 111
**RYAN BELL**
1928 S BEECHWOOD ST
Philadelphia, PA 19145

**NOT NEGOTIABLE**

# Employee Pay Details

FCM Hospitality

**RYAN BELL**

For Pay Period: 6/23/2025 - 6/29/2025
Pay Date: 7/8/2025

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Regular | 2.8300 | 21.15 | 59.85 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 335.08 | FOH | LOLA602 - LOLA'S GARDEN |
| | | **21.15** | **394.93** | | |

### Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Dec. Cash Tips | | | 18.20 | FOH | LOLA602 - LOLA'S GARDEN |
| | | | **18.20** | | |

| Statement of Earnings for | **RYAN BELL** | | | | | FCM Hospitality | |
|---|---|---|---|---|---|---|---|
| Employee #: | | Department | 100 | Period Begin: | 6/16/2025 | Check Date: | 7/1/2025 |
| Clock Number: | | Location | 111 | Period End: | 6/22/2025 | Pay Type: | Hourly |
| Company Id: | 11691 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 |
| | | State Filing: | | Exemptions: | | Additional Tax: | $11.00 |

901 North Delaware Avenue
Philadelphia, PA 19123

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2938551 | $0.00 | $1,260.05 | $913.59 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 2.8300 | 35.28 | 99.84 | 247.18 | 736.39 | SOC SEC EE | 80.72 | 469.83 | | | |
| Bonus | | | 50.00 | 0.00 | 150.00 | MED EE | 18.88 | 109.88 | | | |
| Tips | | | 1,110.21 | 0.00 | 6,536.61 | FEDERAL WH | 145.16 | 792.50 | | | |
| Dec. Cash Tips | | | 41.90 | 0.00 | 154.98 | PA WH | 50.97 | 331.65 | | | |
| | | | | | | PHILADELPHIA | 48.82 | 284.17 | | | |
| | | | | | | PA SUI EE | 0.91 | 5.30 | | | |
| | | | | | | LOWER MERION | 1.00 | 7.00 | | | |
| **Total:** | | 35.28 | 1,301.95 | 247.18 | 7,577.98 | **Total:** | 346.46 | 2,000.33 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Sick | Accrued: | 0.8820 | Taken: | 0.00 | Balance 26.47 | Checking | Account: ####7882 | Deposit Amount: | 913.59 |

FCM Hospitality
901 North Delaware Avenue
Philadelphia, PA 19123

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/1/2025 | V2938551 |

| TOTAL NET PAY |
|---|
| ********$913.59 |

A01D 100 111

**RYAN BELL**
1928 S BEECHWOOD ST
Philadelphia, PA 19145

**NOT NEGOTIABLE**

# Employee Pay Details

FCM Hospitality

**RYAN BELL**

For Pay Period: 6/16/2025 - 6/22/2025
Pay Date: 7/1/2025

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Regular | 2.8300 | 24.67 | 69.81 | FOH | LOLA602 - LOLA'S GARDEN |
| Regular | 2.8300 | 10.61 | 30.03 | FOH | LOLA602 - LOLA'S GARDEN |
| Bonus | | | 50.00 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 627.79 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 482.42 | FOH | LOLA602 - LOLA'S GARDEN |
| | | **35.28** | **1,260.05** | | |

Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Dec. Cash Tips | | | 41.90 | FOH | LOLA602 - LOLA'S GARDEN |
| | | | **41.90** | | |

| Statement of Earnings for | **RYAN BELL** | | | | | FCM Hospitality | |
|---|---|---|---|---|---|---|---|
| Employee #: | | Department | 100 | Period Begin: | 6/01/2025 | Check Date: | 6/23/2025 |
| Clock Number: | | Location | 111 | Period End: | 6/15/2025 | Pay Type: | Hourly |
| Company Id: | 11691 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 |
| | | State Filing: | | Exemptions: | | Additional Tax: | $11.00 |

901 North Delaware Avenue
Philadelphia, PA 19123

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2926585 | $0.00 | $498.27 | $369.21 | |

### EARNINGS
*Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 2.8300 | 26.59 | 75.25 | 211.90 | 636.55 |
| Tips | | | 423.02 | 0.00 | 5,426.40 |
| Dec. Cash Tips | | | 14.78 | 0.00 | 113.08 |
| Bonus | | | 0.00 | 0.00 | 100.00 |
| **Total:** | | 26.59 | 513.05 | 211.90 | 6,276.03 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 31.81 | 389.11 |
| MED EE | 7.44 | 91.00 |
| FEDERAL WH | 42.46 | 647.34 |
| PA WH | 26.75 | 280.68 |
| PHILADELPHIA | 19.24 | 235.35 |
| PA SUI EE | 0.36 | 4.39 |
| LOWER MERION | 1.00 | 6.00 |
| **Total:** | 129.06 | 1,653.87 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | |
|---|---|---|---|---|---|
| Hourly Sick | Accrued: | 0.6648 | Taken: | 0.00 | Balance 25.58 |

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: ####7882 | Deposit Amount: 369.21 |

FCM Hospitality
901 North Delaware Avenue
Philadelphia, PA 19123

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/24/2025 | V2926585 |

| TOTAL NET PAY |
|---|
| ********$369.21 |

A01D 100 111
**RYAN BELL**
1928 S BEECHWOOD ST
Philadelphia, PA 19145

**NOT NEGOTIABLE**

# Employee Pay Details

FCM Hospitality

**RYAN BELL**

For Pay Period: 6/9/2025 - 6/15/2025
Pay Date: 6/24/2025

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Regular | 2.8300 | 19.52 | 55.24 | FOH | LOLA602 - LOLA'S GARDEN |
| Regular | 2.8300 | 7.07 | 20.01 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 379.41 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 43.61 | FOH | LOLA602 - LOLA'S GARDEN |
| | | **26.59** | **498.27** | | |

Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Dec. Cash Tips | | | 7.85 | FOH | LOLA602 - LOLA'S GARDEN |
| Dec. Cash Tips | | | 6.93 | FOH | LOLA602 - LOLA'S GARDEN |
| | | | **14.78** | | |

| Statement of Earnings for | **RYAN BELL** | | | | | FCM Hospitality | |
|---|---|---|---|---|---|---|---|
| Employee #: | | Department | 100 | Period Begin: | 6/2/2025 | Check Date: | 6/17/2025 |
| Clock Number: | | Location | 111 | Period End: | 6/8/2025 | Pay Type: | Hourly |
| Company Id: | 11691 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 |
| | | State Filing: | | Exemptions: | | Additional Tax: | $11.00 |

901 North Delaware Avenue
Philadelphia, PA 19123

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2916060 | $0.00 | $661.59 | $471.82 | |

### EARNINGS
*Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 2.8300 | 30.62 | 86.65 | 185.31 | 561.30 |
| Tips | | | 574.94 | 0.00 | 5,003.38 |
| Dec. Cash Tips | | | 80.60 | 0.00 | 98.30 |
| Bonus | | | 0.00 | 0.00 | 100.00 |
| **Total:** | | 30.62 | 742.19 | 185.31 | 5,762.98 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 46.01 | 357.30 |
| MED EE | 10.76 | 83.56 |
| FEDERAL WH | 69.86 | 604.88 |
| PA WH | 33.79 | 253.93 |
| PHILADELPHIA | 27.83 | 216.11 |
| PA SUI EE | 0.52 | 4.03 |
| LOWER MERION | 1.00 | 5.00 |
| **Total:** | 189.77 | 1,524.81 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | |
|---|---|---|---|---|---|
| Hourly Sick | Accrued: | 0.7655 | Taken: | 0.00 | Balance 24.92 |

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: ####7882 | Deposit Amount: 471.82 |

---

FCM Hospitality
901 North Delaware Avenue
Philadelphia, PA 19123

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/17/2025 | V2916060 |

| TOTAL NET PAY |
|---|
| ********$471.82 |

A01D 100 111
**RYAN BELL**
1928 S BEECHWOOD ST
Philadelphia, PA 19145

**NOT NEGOTIABLE**

# Employee Pay Details

FCM Hospitality

**RYAN BELL**

For Pay Period: 6/2/2025 - 6/8/2025
Pay Date: 6/17/2025

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Regular | 2.8300 | 22.62 | 64.01 | FOH | LOLA602 - LOLA'S GARDEN |
| Regular | 2.8300 | 8.00 | 22.64 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 456.10 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 118.84 | FOH | LOLA602 - LOLA'S GARDEN |
| | | **30.62** | **661.59** | | |

Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Dec. Cash Tips | | | 80.60 | FOH | LOLA602 - LOLA'S GARDEN |
| | | | **80.60** | | |

| Statement of Earnings | | | | | | FCM Hospitality | | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | | Department | 100 | Period Begin: | 5/19/2025 | Check Date: | 6/10/2025 | 901 North Delaware Avenue |
| Clock Number: | | Location | 111 | Period End: | 6/1/2025 | Pay Type: | Hourly | Philadelphia, PA 19123 |
| Company Id: | 11691 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | $20.00 | |
| | | State Filing: | | Exemptions: | | Additional Tax: | $11.00 | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2904959 | $0.00 | $523.90 | $390.12 | |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 24.21 | 76.78 | 154.69 | 474.65 |
| | 2.8300 | 22.34 | 63.22 | | |
| | 7.2500 | 1.87 | 13.56 | | |
| Tips | | | 447.12 | 0.00 | 4,428.44 |
| Dec. Cash Tips | | | 7.30 | 0.00 | 17.70 |
| Bonus | | | 0.00 | 0.00 | 100.00 |
| **Total:** | | 24.21 | 531.20 | 154.69 | 5,020.79 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 32.94 | 311.29 |
| MED EE | 7.70 | 72.80 |
| FEDERAL WH | 44.54 | 535.02 |
| PA WH | 27.31 | 220.14 |
| PHILADELPHIA | 19.92 | 188.28 |
| PA SUI EE | 0.37 | 3.51 |
| LOWER MERION | 1.00 | 4.00 |
| **Total:** | 133.78 | 1,335.04 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

| Hourly Sick | Accrued: 0.6053 | Taken: 0.00 | Balance 24.15 |
|---|---|---|---|

**DISTRIBUTION OF NET PAY**

| Checking | Account: ####7882 | Deposit Amount: 390.12 |
|---|---|---|

FCM Hospitality
901 North Delaware Avenue
Philadelphia, PA 19123

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/10/2025 | V2904959 |

| TOTAL NET PAY |
|---|
| ********$390.12 |

A01D 100 111
**RYAN BELL**
1928 S BEECHWOOD ST
Philadelphia, PA 19145

**NOT NEGOTIABLE**

# Employee Pay Details

FCM Hospitality

**RYAN BELL**

For Pay Period: 5/26/2025 - 6/1/2025
Pay Date: 6/10/2025

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Regular | 2.8300 | 22.34 | 63.22 | FOH | LOLA602 - LOLA'S GARDEN |
| Regular | 7.2500 | 1.87 | 13.56 | FOH | LOLA602 - LOLA'S GARDEN |
| Tips | | | 447.12 | FOH | LOLA602 - LOLA'S GARDEN |
| | | **24.21** | **523.90** | | |

Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department | Location |
|---|---|---|---|---|---|
| Dec. Cash Tips | | | 7.30 | FOH | LOLA602 - LOLA'S GARDEN |
| | | | **7.30** | | |