UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

   Ryan Michael Bell                       Chapter 13
                                           Case No. 25-13336-DJB

   Debtor

_____

### NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, loanDepot.com, LLC, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  August 27, 2025

                                                           Respectfully Submitted,

                                                           */s/Eliza Garifullina*
                                                           Eliza Garifullina, Esq. PA 336983
                                                           Michele M. Bradford, Esq. PA 69849
                                                           Orlans Law Group PLLC
                                                           Attorney for loanDepot.com, LLC
                                                           200 Eagle Road, Bldg 2, Suite 120
                                                           Wayne, PA 19087
                                                           (484) 367-4191
                                                           Email: egarifullina@orlans.com
                                                           mbradford@orlans.com
                                                           File Number: 25-011617