UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:      Chapter 13
    Ryan Michael Bell      Case No. 25-13336-DJB

    Debtor

_____

## CERTIFICATE OF SERVICE

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on August 27, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  August 27, 2025     Respectfully Submitted,

    */s/Eliza Garifullina*_____
    Eliza Garifullina, Esq. PA 336983
    Michele M. Bradford, Esq. PA 69849
    Orlans Law Group PLLC
    Attorney for loanDepot.com, LLC
    200 Eagle Road, Bldg 2, Suite 120
    Wayne, PA 19087
    (484) 367-4191
    Email: egarifullina@orlans.com
    mbradford@orlans.com
    File Number: 25-011617

<u>VIA US MAIL</u>

Ryan Michael Bell, Debtor
1928 S. Beechwood Street
Philadelphia, PA 19145

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee