# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Ryan Michael Bell,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-13336-DJB |

## Certificate of Service

I, Michael A. Cibik, certify that on November 6, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 6, 2025

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**loanDepot.com, LLC**
Attn: Bankruptcy
6465 Legacy Drive, Suite 400
Plano, TX 75024

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Cenlar
Attn: Centralized Bankruptcy
425 Phillips Blvd.
Ewing, NH 08618

Citadel Credit Union
Attn: Bankruptcy
520 Eagleview Blvd
Exton, PA 19341

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Elan Fin Svcs/ent Cu
Cb Disputes
Saint Louis, MO 63166

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jpmcb
MailCode LA4-7100 7
00 Kansas Lane
Monroe, LA 71203

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

Mohela/dofed
633 Spirit Drive
Chesterfield, MO 63005

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square Harrisburg, PA 17120-0001

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Synchrony Bank/Care Credit
Bankruptcy
PO Box 965060
Orlando, FL 32896

The United Illuminating Company
Attn: Bankruptcy
PO Box 847818
Boston, MA 02284-7818

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683