IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                           :
                                                :    Chapter 13
        Ryan Michael Bell                       :
                                                :    Case No. 25-13336 (DJB)
                                Debtor.         :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Claim No. 5, filed by the City of Philadelphia on January 12, 2026.

          Respectfully submitted,

          THE CITY OF PHILADELPHIA

Dated: January 22, 2026          By: */s/ Pamela Elchert Thurmond*
          PAMELA ELCHERT THURMOND
          Senior Attorney
          PA Attorney I.D. 202054
          Attorney for the City of Philadelphia
                and/or
          Water Revenue Bureau
          City of Philadelphia Law Department
          Municipal Services Building
          1401 JFK Boulevard, 5th Floor
          Philadelphia, PA  19102-1595
          215-686-0508 (phone)
          Email: Pamela.Thurmond@phila.gov